IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-01999-MEH

ZACHORY CARTER, and
TAMMY CARTER, as natural parents of KC, a minor, on behalf of KC,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER CLOSING CASE

---

Before the Court is a Joint Stipulation to Dismiss Action in its Entirety with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed September 18, 2015; docket #28]. The Court finds the Stipulation and terms of the dismissal proper. Thus, the Clerk of the Court is directed to close this case, with each party to bear his, her, or its own fees and costs.

Dated and entered at Denver, Colorado this 22nd day of September, 2015.

                        BY THE COURT:

                        *Michael E. Hegarty*

                        Michael E. Hegarty
                        United States Magistrate Judge